# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA R. MURPHY,
ADC #760343                                                                                    PLAINTIFF

v.                          CASE NO. 1:15CV00050 BSM

FISK, Correctional Officer,
McPherson Unit, ADC, et al.                                                              DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. This case is dismissed, without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike," as defined by 28 U.S.C. § 1915(a)(3).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 24th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE